**File Hashes for IP Address 73.45.108.155**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/02/2015 06:58:13 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

NIL553